# SUPREME COURT OF HAWAI'I

**April 1, 2016**

| | | | |
|---|---|---|---|
| SCWC –12– 0001 072 | State v. Guard | | Vacated and Remanded |

**April 18, 2016**

| | | | |
|---|---|---|---|
| SCWC –12– 0000 685 | State v. Tuia | | Affirmed |

**April 21, 2016**

| | | | |
|---|---|---|---|
| SCWC –12– 0000 763 | State v. Franco | | Vacated and Remanded |

**April 25, 2016**

| | | | |
|---|---|---|---|
| SCWC –12– 0000 684 | State v. Fisher | | Affirmed |